FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JUL 14 AM 9: 45

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
CHASEZ, M.J.
JULY 13, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RODNEY ALEXANDER                          CIVIL ACTION

VERSUS                                    NUMBER: 00-403

BEAU CHENE GOLF & RACQUET                 SECTION: "C"(5)
CLUB, ET AL.


A preliminary conference in the above-captioned matter is hereby **SCHEDULED** for August 1, 2000 at 11:00 a.m. before Magistrate Judge Alma L. Chasez, Room B347, Hale Boggs Building, 501 Magazine Street, New Orleans, Louisiana.  Counsel (or the parties if unrepresented by counsel) may participate in the preliminary conference via telephone if they so desire.

No later than five (5) days prior to the preliminary conference, counsel (or the parties if unrepresented by counsel) shall notify the undersigned, in writing, as to whether they are

DATE OF ENTRY
JUL 1 4 2000

Fee____
Process____
X Dktd____
__CtRmDep____
Doc.No.____

willing to proceed to trial before the Magistrate Judge pursuant to 28 U.S.C. §636(c).

                                                        /s/ ALC
                                                        ALMA L. CHASEZ
                                                        UNITED STATES MAGISTRATE JUDGE