

MINUTE ENTRY
CHASEZ, M.J.
JULY 24, 2000

        UNITED STATES DISTRICT COURT
        EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RODNEY ALEXANDER | CIVIL ACTION |
| VERSUS | NUMBER: 00-403 |
| BEAU CHENE GOLF & RACQUET CLUB and/or THE EARNEST CORPORATION | SECTION: "C"(5) |

    One of the parties to this proceeding has advised the undersigned that he/it is unwilling to proceed to trial before the Magistrate Judge under 28 U.S.C. §636(c). Accordingly, the preliminary conference scheduled for August 1, 2000 is cancelled and the matter is hereby returned to the docket of the District Judge for the scheduling of a preliminary conference and the selection of cut-off, pre-trial conference, and trial dates.

                                ALMA L. CHASEZ
                      UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
JUL 2 6 2000

Fee _____
Process _____
X Dktd _____
_____ CtRmDep _____
Doc.No. _____