FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JUL 27  AM 10: 55

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
BERRIGAN, J.
JULY 26, 2000

## UNITED STATES  DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

RODNEY ALEXANDER                          CIVIL ACTION

VERSUS                                    NUMBER: 00-0403

BEAU CHENE GOLF & RACQUET                 SECTION: "C" 5
CLUB and/or THE EARNEST CORPORATION


    Considering this Court having been advised that one of the parties to this proceeding is

unwilling to proceed to trial before the Magistrate Judge; accordingly,

    **IT IS ORDERED** that the automatic referral of this matter to the Magistrate Judge is

hereby **VACATED**.

UNITED STATES DISTRICT JUDGE

DATE OF ENTRY

JUL 2 8 2000

Fee/
Process
X Dktd
CtRmDep
Doc.No.