

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RODNEY ALEXANDER | * | CIVIL ACTION NO. 00-0403 |
| | * | |
| VERSUS | * | SECTION "C" |
| | * | |
| BEAU CHENE GOLF & RACQUET CLUB | * | MAGISTRATE 5 |
| and/or THE EARNEST CORPORATION | * | |

* * * * * * * * * * * * * * * * * * *

## JOINT MOTION TO TRANSFER

NOW INTO COURT, through undersigned counsel, come plaintiff, Rodney Alexander, and defendant, The Earnest Corporation d/b/a Beau Chene Golf & Racquet Club, and move this Court to transfer the above captioned civil action to Section "F" for the reasons set forth in the accompanying memorandum.

TRANSFERRED TO:

SECT. F MAG. 3

Respectfully submitted,

_____
PATRICK F. LEE (#7902)
862 Camp Street
New Orleans, Louisiana 70130
Telephone (504) 581-7400

ATTORNEY FOR PLAINTIFF
RODNEY ALEXANDER

DATE OF ENTRY
AUG - 2 2000

CARVER, DARDEN, KORETZKY, TESSIER,
FINN, BLOSSMAN & AREAUX

*/s/ Russell Foster*
_____
I. HAROLD KORETZKY, T.A. (#7842)
RUSSELL L. FOSTER (#26643)
1100 Poydras Street, Suite 2700
New Orleans, Louisiana 70001
Telephone: (504) 585-3800

ATTORNEYS FOR DEFENDANT
THE EARNEST CORPORATION d/b/a
BEAU CHENE GOLF & RACQUET CLUB

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RODNEY ALEXANDER** | * | **CIVIL ACTION NO. 00-0403** |
| | * | |
| **VERSUS** | * | **SECTION "C"** |
| | * | |
| **BEAU CHENE GOLF & RACQUET CLUB** | * | **MAGISTRATE 5** |
| **and/or THE EARNEST CORPORATION** | * | |

* * * * * * * * * * * * * * * * * * * *

### JOINT MEMORANDUM IN SUPPORT
### OF MOTION TO TRANSFER

This matter involves allegations of racial discrimination in the employment of Rodney Alexander ("Plaintiff") by The Earnest Corporation d/b/a Beau Chene Golf & Racquet Club ("Defendant"). Plaintiff's brother, Patrick Alexander, previously filed suit in the United States District Court, Eastern District of Louisiana, in the matter entitled *Patrick Alexander vs. Beau Chene Golf & Racquet Club and/or The Earnest Corporation*, bearing Civil Action No. 99-3895, Section "F," Magistrate 3. Patrick Alexander also was employed by Defendant and held the same position as Plaintiff, and the two matters share a material part of the subject matter and operative facts. Due to the fact that the Patrick Alexander litigation has a lower case number, the parties respectfully submit that this civil action be transferred to Section "F," and later a Motion to Consolidate will be filed once the civil action is on the docket of Section "F."

Attached to this pleading is a Joint Notice of Collateral Proceeding pursuant to Eastern District Local Rule 3.1.

The parties submit that they have shown good cause why this civil action should be transferred to Section "F."

Respectfully submitted,

_____
PATRICK F. LEE (#7902)
862 Camp Street
New Orleans, Louisiana 70130
Telephone (504) 581-7400

ATTORNEY FOR PLAINTIFF
RODNEY ALEXANDER


CARVER, DARDEN, KORETZKY, TESSIER,
FINN, BLOSSMAN & AREAUX

_____
I. HAROLD KORETZKY, T.A. (#7842)
RUSSELL L. FOSTER (#26643)
1100 Poydras Street, Suite 2700
New Orleans, Louisiana 70001
Telephone: (504) 585-3800

ATTORNEYS FOR DEFENDANT
THE EARNEST CORPORATION d/b/a
BEAU CHENE GOLF & RACQUET CLUB

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RODNEY ALEXANDER * CIVIL ACTION NO. 00-0403
 *
VERSUS * SECTION "C"
 *
BEAU CHENE GOLF & RACQUET CLUB * MAGISTRATE 5
and/or THE EARNEST CORPORATION *
* * * * * * * * * * * * * * * * * * *

## ORDER

Upon joint motion of the parties, and for good cause shown,

IT IS HEREBY ORDERED that the above entitled civil action be transferred to Section "F" of this Court.

New Orleans, Louisiana, this ___1___ day of ~~July~~ Aug, 2000.

_____
UNITED STATES DISTRICT COURT JUDGE