

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RODNEY ALEXANDER** | * | **CIVIL ACTION NO. 00-0403** |
| | * | |
| **VERSUS** | * | **SECTION "F"** |
| | * | |
| **BEAU CHENE GOLF & RACQUET CLUB** | * | **MAGISTRATE 3** |
| **and/or THE EARNEST CORPORATION** | * | |

* * * * * * * * * * * * * * * * * * *

### JOINT MOTION TO CONSOLIDATE

NOW INTO COURT, through undersigned counsel, come Plaintiff, Rodney Alexander and Defendant, The Earnest Corporation d/b/a Beau Chene Golf & Racquet Club, and move this Court to consolidate the above captioned civil action with Civil Action No. 99-3895, pending in this section, for the reasons set forth in the accompanying memorandum.

Respectfully submitted,

_____
PATRICK F. LEE (#7902)
862 Camp Street
New Orleans, Louisiana 70130
Telephone (504) 581-7400

ATTORNEY FOR PLAINTIFF
RODNEY ALEXANDER

DATE OF ENTRY
AUG 0 9 2000

Doc.No.

CARVER, DARDEN, KORETZKY, TESSIER,
FINN, BLOSSMAN & AREAUX

*/s/ Russell L. Foster*
I. HAROLD KORETZKY, T.A. (#7842)
RUSSELL L. FOSTER (#26643)
1100 Poydras Street, Suite 2700
New Orleans, Louisiana 70001
Telephone: (504) 585-3800

ATTORNEYS FOR DEFENDANT
THE EARNEST CORPORATION d/b/a
BEAU CHENE GOLF & RACQUET CLUB

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RODNEY ALEXANDER** | * | **CIVIL ACTION NO. 00-0403** |
| | * | |
| **VERSUS** | * | **SECTION "F"** |
| | * | |
| **BEAU CHENE GOLF & RACQUET CLUB** | * | **MAGISTRATE 3** |
| **and/or THE EARNEST CORPORATION** | * | |

## MEMORANDUM IN SUPPORT OF
## JOINT MOTION TO CONSOLIDATE

MAY IT PLEASE THE COURT:

This claim involves allegations of racial discrimination in the employment of Rodney Alexander ("Plaintiff") by The Earnest Corporation d/b/a Beau Chene Golf & Racquet Club ("Defendant"). Plaintiff's brother, Patrick Alexander, has also filed suit in the United States District Court, Eastern District of Louisiana, in the matter entitled *Patrick Alexander vs. Beau Chene Golf & Racquet Club and/or The Earnest Corporation*, bearing Civil Action No. 99-3895, Section "F," Magistrate 3. Patrick Alexander also was employed by Defendant and held the same position as Plaintiff, and the two matters share a material part of the subject matter and operative facts. This motion is filed to consolidate the above-styled action with the lower-numbered Patrick Alexander litigation, which involves the same facts and the same defendant. Consolidation is consistent with judicial economy.

The parties submit that they have shown good cause why this civil action should be consolidated with Civil Action No. 99-3895.

                                                  Respectfully submitted,

_____
PATRICK E. LEE (#7902)
862 Camp Street
New Orleans, Louisiana 70130
Telephone (504) 581-7400

ATTORNEY FOR PLAINTIFF
RODNEY ALEXANDER


CARVER, DARDEN, KORETZKY, TESSIER,
FINN, BLOSSMAN & AREAUX

_____
I. HAROLD KORETZKY, T.A. (#7842)
RUSSELL L. FOSTER (#26643)
1100 Poydras Street, Suite 2700
New Orleans, Louisiana 70001
Telephone: (504) 585-3800

ATTORNEYS FOR DEFENDANT
THE EARNEST CORPORATION d/b/a
BEAU CHENE GOLF & RACQUET CLUB

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RODNEY ALEXANDER** | * | CIVIL ACTION NO. 00-0403 |
| | * | |
| **VERSUS** | * | SECTION "F" |
| | * | |
| **BEAU CHENE GOLF & RACQUET CLUB** | * | MAGISTRATE 3 |
| **and/or THE EARNEST CORPORATION** | * | |

* * * * * * * * * * * * * * * * * * * * *

## ORDER

Upon joint motion of the parties and for good cause shown,

IT IS HEREBY ORDERED that the above entitled civil action be consolidated with Civil Action No. 99-3895, Section "F," Magistrate "3," in that matter entitled: *Patrick Alexander vs. Beau Chene Golf & Racquet Club and/or The Earnest Corporation.*

New Orleans, Louisiana, this 8TH day of AUGUST, 2000.

_____
UNITED STATES DISTRICT COURT JUDGE